1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10       CENTRAL DISTRICT OF CALIFORNIA
11
12  MARQUIS TRAVION LAND,            )   Case No. CV 05-7131 AG(JC)
                    Petitioner,      )
13                                   )
14              v.                   )   JUDGMENT
                                     )
15  G.J. GIURBINO, Warden,           )
                    Respondent.      )
16                                   )
17  _____ )
18       Pursuant to this Court's Order Adopting Findings, Conclusions and
19  Recommendations of United States Magistrate Judge,
20       IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
21  in State Custody is denied and this action is dismissed with prejudice.
22
23       DATED:  September 29, 2009
24
25
26                                   _____
                                     HONORABLE ANDREW J. GUILFORD
27                                   UNITED STATES DISTRICT JUDGE
28